UNITED STATES DISTRICT COURT

DISTRICT OF NEVADA

\* \* \*

| | |
|---|---|
| PAUL SCOTT KLEIN,<br><br>　　　　　　　　　　　Plaintiff,<br>　v.<br>BRIAN WILLIAMS, SR., *et al.*,<br><br>　　　　　　　　　　　Defendants. | Case No. 3:19-cv-00300-MMD-CLB<br><br>ORDER |

**I.　DISCUSSION**

In its March 23, 2020 Screening Order, the Court gave Plaintiff leave to file an amended complaint and ordered Plaintiff to file any amended complaint within 30 days of the date of that order. (ECF No. 18 at 25). Plaintiff has filed a motion for an extension of time of 30 days to file his amended complaint. (ECF No. 20). The Court grants the motion. Plaintiff shall file his amended complaint on or before May 22, 2020.

**II.　CONCLUSION**

For the foregoing reasons, IT IS ORDERED that the motion for extension of time (ECF No. 20) is granted. Plaintiff shall file his amended complaint on or before May 22, 2020.

IT IS FURTHER ORDERED that, if Plaintiff does not file an amended complaint by May 22, 2020, this action will proceed immediately on the Eighth Amendment claim

1

against Dr. Bryan in the original complaint that is based on the allegations that Dr. Bryan told Plaintiff that he would run more tests regarding his liver function but failed to do so.

DATED: April 23, 2020.

_____
UNITED STATES MAGISTRATE JUDGE

2