Ryan Hamilton, Esq.
HAMILTON LAW LLC
NEVADA BAR NO. 11587
5125 S. Durango, Ste. C
Las Vegas, NV 89113
Telephone: (702) 818-1818
Facsimile: (702 974-1139
ryan@hamlegal.com
*Attorneys for Plaintiff*

**UNITED STATES DISTRICT COURT**

**DISTRICT OF NEVADA**

| | |
|---|---|
| PAUL SCOTT KLEIN, | Case No: 3:19-cv-00300-MMD-CBC |
| Plaintiff, | **PLAINTIFF'S SECOND MOTION FOR CONTINUANCE TO FILE AMENDED COMPLAINT** |
| v. | (Second Request) |
| BRIAN WILLIAMS, SR., et al. | |
| Defendant. | |

Paul Klein, by counsel, Ryan A. Hamilton, Esq., of Hamilton Law, respectfully moves the Court for a 14-day extension of the deadline for him to file an amended complaint. In support thereof, Plaintiff shows as follows:

1. On March 23, 2020, the Court issued its Screening Order of Plaintiff's Complaint that Plaintiff filed *pro se*, before the undersigned appeared as counsel of record.

2. The Court's Screening Order gave Plaintiff thirty days to file an amended complaint. Presently the deadline to file the amended complaint is today, April 22, 2020.

3. On April 23, 2020, the Court granted Plaintiff's request for a 30-day continuance to file his amended complaint.

4. On or about May 13, 2020, Plaintiff was moved from Northern Nevada Correctional

1

Center to Lovelock Correctional Center. Although the undersigned counsel has been able to speak recently with Plaintiff, some days were lost when Plaintiff was unavailable due to his transfer.

5. Although the undersigned has made significant progress, he requires additional time to finalize the amended complaint.

6. The undersigned does not believe Defendants will be prejudiced by the granting of the instant motion.

WHEREFOR, Plaintiff respectfully requests a 14-day continuance of the deadline to file his amended complaint to and including Friday, June 5, 2020.

Dated:   May 21, 2020

_____
Ryan A. Hamilton, Esq.
Nevada State Bar No. 11587
Hamilton Law, LLC
5125 S. Durango, Suite C
Las Vegas, NV 89113
Phone: (702) 818-1818
Fax: (702) 974-1139
ryan@hamlegal.com

NO FURTHER EXTENSIONS
WILL BE GRANTED FOR
ANY REASON.

IT IS SO ORDERED.

Dated:  May 22, 2020.

_____
UNITED STATES MAGISTRATE JUDGE

2

## <u>CERTIFICATE OF SERVICE</u>

I certify that I am an employee of HAMILTON LAW, LLC, and that on this 21st day of May 2020, **PLAINTIFF'S SECOND MOTION FOR CONTINUANCE TO FILE AMENDED COMPLAINT** was served via the Court's CM/ECF system to the following persons:

Douglas R. Rands, Esq.
Aaron D. Ford, Esq.
Nevada Attorney General
100 N. Carson Street
Carson City, NV 89701
drands@ag.nv.gov
khodges@ag.nv.gov
lpenny@ag.nv.gov

_____
Employee of
Hamilton Law, LLC

3

Ryan Hamilton, Esq.
HAMILTON LAW LLC
NEVADA BAR NO. 11587
5125 S. Durango, Ste. C
Las Vegas, NV 89113
Telephone: (702) 818-1818
Facsimile: (702 974-1139
ryan@hamlegal.com
*Attorneys for Plaintiff*

# UNITED STATES DISTRICT COURT

## DISTRICT OF NEVADA

|  |  |
|---|---|
| PAUL SCOTT KLEIN, | Case No: 3:19-cv-00300-MMD-CBC |
| Plaintiff, | **PROPOSED ORDER GRANTING PLAINTIFF'S SECOND MOTION FOR CONTINUANCE TO FILE AMENDED COMPLAINT** |
| v. | |
| BRIAN WILLIAMS, SR., et al. | |
| Defendant. | |

The Court, being duly advised in the premises, GRANTS Plaintiff's second motion to extend the deadline to file his amended complaint fourteen days. Plaintiff's new deadline to file an amended complaint will be June 5, 2020.

IT IS SO ORDERED.

Dated this _____ day of _____, 2020.

_____
UNITED STATES DISTRICT COURT JUDGE

1